UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:03-cr-5348 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| VICTOR FLORES ALTAMIRANO, ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety Alfredo Flores.

/s/ OLIVER W. WANGER

Dated:  __June 7, 2005__          _____
OLIVER W. WANGER
United States District Judge